# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>SERGIO GUILLERMO GARCIA (1),<br>KEVIN DARRELL MILLER (2),<br>TOSHA RAE BATTY (3),<br>   Defendants. | Case No.  17cr42 JM<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE <u>ONLY</u> AS TO DEFENDANT SERGIO GUILLERMO GARCIA** |

   Upon the motion of the United States (Doc. No. 58), and good cause appearing therefrom,

   IT IS HEREBY ORDERED that the Indictment is dismissed without prejudice **<u>only</u>** as to defendant SERGIO GUILLERMO GARCIA.

   IT IS SO ORDERED.

DATED: August 17, 2017

            _____

            JEFFREY T. MILLER,
            UNITED STATES DISTRICT JUDGE